UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 82CR0489-LAB |
|---|---|---|
| Plaintiff, | ) ) | JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT AND RECALL ARREST WARRANT |
| v. | ) ) | |
| MIGUEL NAZAR-HARO, | ) ) | |
| Defendant. | ) ) ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above-entitled case against defendant MIGUEL NAZAR-HARO be dismissed without prejudice, and the Arrest Warrant be recalled.

IT IS SO ORDERED.

DATED: September 12, 2016

_____
HONORABLE LARRY ALAN BURNS
United States District Judge